UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARK FRANCIS,                                   :        08 Civ. 6616 (SHS)
                                                         USBC 05-17930 (ALG)
               Appellant,              :

    -against-                                  :        ORDER

NORTHWEST AIRLINES CORPORATION,                 :

               Appellee.               :

------------------------------------------------------------x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC # ___ / DATE FILED: 8/6/08]

SIDNEY H. STEIN, U.S. District Judge.

       An appeal having been filed on July 25, 2008, from the Order of Honorable Allan L. Gropper, U.S. Bankruptcy Judge, dated June 19, 2008,

       IT IS HEREBY ORDERED that:

    1.    Appellant's brief is due on or before September 5, 2008;

    2.    Appellee's response is due on or before September 19, 2008; and

    3.    Any reply is due on or before September 26, 2008.

Dated: New York, New York
       August 6, 2008

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.